# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT H. NEWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM P. BARR, United States Attorney General; NICOLA T. HANNA, United States Attorney for the Central District of California; and UNITED STATES OF AMERCA,<br><br>    Defendants. | Case No.: CV 19-06893-CJC (AGRx)<br><br>JUDGMENT |

In this case, Plaintiff Robert H. Newell challenges child pornography statutes in this era of advanced technology. (Dkt. 1.) Defendants moved to dismiss Plaintiff's Complaint under Federal Rules of Procedure 12(b)(1) and 12(b)(6). Having considered the papers presented, the Court hereby **ORDERS** that:

1. Defendants' motion to dismiss (Dkt. 14) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.
2. Plaintiff shall take nothing on his complaint against Defendants.
3. Judgment is hereby entered in favor of Defendants and against Plaintiff.

DATED:   June 15, 2021

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE